Irvin P. Hoagland et al., appellants,

*v.*

United States Trust Company of Newark, New Jersey, respondent.

[Decided April 27th, 1933.]

*Messrs. Lum, Tamblyn & Colyer* and *Mr. Samuel Kaufman,* for the appellants.

*Messrs. Riker & Riker,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *110 N. J. Eq. 489.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ. 14.

*For reversal*—None.